

# NUMBER 13-15-00056-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ANDREW VANBLARCUM AND JAMES VANBLARCUM

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Per Curiam Order

Relators, Andrew VanBlarcum and James VanBlarcum, filed a petition for writ of mandamus and motion for emergency stay in the above cause on February 4, 2015. Through this original proceeding, relators contend that the trial court erred in denying their plea in abatement based on dominant jurisdiction.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that said motion should be granted. The motion for emergency stay is hereby GRANTED, and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b)

("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Nexus Integrity Management, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 5th
day of February, 2015.